DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>DENISE NICOLE PORTER,<br><br>  Defendant.<br>_____ | No. CR-S-06-026 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  March 13, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

It is hereby stipulated between the parties, Christine Watson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of February 13, 2006 be vacated and a new Status Conference hearing date of March 13, 2006 at 9:30 a.m. be set.

This continuance is being requested because counsel for Ms. Porter needs additional time to prepare, to review discovery, to conduct ongoing investigation, to interview any necessary witnesses, and to obtain any outstanding discovery.

It is further stipulated that the period from February 13, 2006 through and including March 13, 2006 should be excluded pursuant to 18

U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: February 10, 2006

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Acting Federal Defender

                                      /s/ Mary M. French
                                      _____
                                      MARY M. FRENCH
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      DENISE NICOLE PORTER

Dated: February 10, 2006          MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/   Mary M. French for
                                            Christine Watson
                                      _____
                                      CHRISTINE WATSON
                                      Assistant U.S. Attorney
                                      per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: February 10, 2006

                                      /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL JR.
                                      United States District Judge