```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    DENISE NICOLE PORTER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-026 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DENISE NICOLE PORTER, | ) Date: April 10, 2006 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell |
| _____ | ) |

It is hereby stipulated between the parties, Christine Watson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of March 13, 2006 be vacated and a new Status Conference hearing date of April 10, 2006 at 9:30 a.m. be set.

This continuance is requested because defense counsel needs additional time to conduct ongoing investigation, to interview any necessary witnesses, and to obtain any outstanding discovery.

It is further stipulated that the period from March 13, 2006 through and including April 10, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated: March 10, 2006

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Acting Federal Defender
5
                                          /s/ Mary M. French
6                                         _____
                                          MARY M. FRENCH
7                                         Assistant Federal Defender
                                          Attorney for Defendant
8                                         DENISE NICOLE PORTER

9

10 Dated: March 10, 2006                  MCGREGOR W. SCOTT
                                          United States Attorney
11

12                                        /s/  Mary M. French for
                                               Christine Watson
13                                        _____
                                          CHRISTINE WATSON
14                                        Assistant U.S. Attorney
                                          per telephonic authorization
15

16                                    **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: March 13, 2006

19                                        /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
20                                        United States District Judge

Stip & Order                              2