DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-026 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| DENISE NICOLE PORTER, ) | Date:  May 1, 2006 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Christine Watson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of April 10, 2006 be vacated and a new Status Conference hearing date of May 1, 2006 at 9:30 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case. Additionally, defense counsel will be out of the district.

It is further stipulated that the period from April 10, 2006 through and including May 1, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

Dated: April 5, 2006

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Acting Federal Defender

                                            /s/ Mary M. French
                                            _____
                                            MARY M. FRENCH
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            DENISE NICOLE PORTER

Dated: April 5, 2006                  MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/  Mary M. French for
                                                  Christine Watson
                                            _____
                                            CHRISTINE WATSON
                                            Assistant U.S. Attorney
                                            per telephonic authorization

                                                            **ORDER**

**IT IS SO ORDERED.**

Dated: April 6, 2006

                                            /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
                                            United States District Judge