DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-026 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| DENISE NICOLE PORTER, ) | Date: December 18, 2006 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of November 6, 2006 be vacated and a new Status Conference hearing date of December 18, 2006 at 10:00 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

It is further stipulated between the parties that the period from November 6, 2006 through and including December 18, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

1 based upon continuity of counsel and defense preparation.

2 Dated: November 2, 2006

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender

5                                         /s/ Mary M. French

6                                         _____
                                          MARY M. FRENCH
7                                         Supervising Assistant
                                          Federal Defender
8                                         Attorney for Defendant
                                          DENISE NICOLE PORTER

10
   Dated: November 2, 2006                MCGREGOR W. SCOTT
11                                        United States Attorney

12
                                          /s/  Mary M. French for
13                                             William S. Wong

                                          _____
14                                         WILLIAM S. WONG
                                          Assistant U.S. Attorney
15                                        per telephonic authorization

16
                                   **ORDER**
17
**IT IS SO ORDERED.**
18
   Dated: November 6, 2006
19

20

21

22                              _____
                                FRANK C. DAMRELL, JR.
23                              UNITED STATES DISTRICT JUDGE