```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    DENISE NICOLE PORTER
 7

 8

 9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  No. CR-S-06-026 FCD
                                  )
13            Plaintiff,          )
                                  )  DEFENDANT'S WAIVER OF APPEARANCE;
14       v.                       )  ORDER
                                  )
15  DENISE NICOLE PORTER,         )  Judge:   Frank C. Damrell, Jr.
                                  )
16            Defendant.          )
                                  )
17  _____ )
```

18       Pursuant to Fed.R.Crim.P. 43, defendant, DENISE NICOLE PORTER,
19  hereby waives the right to be present in person in open court upon the
20  hearing of any motion or other proceeding in this case, including, but
21  not limited to, further arraignments, entries of plea and status
22  conferences.
23       The defendant agrees that her interest will be deemed represented
24  at all times by the presence of her attorney, the same as if the
25  defendant were personally present.
26       The defendant further acknowledges that she has been informed of
27  her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
28  and authorizes her attorney to set times and dates under that Act

1  without her personal presence.
2  Dated: October 18, 2006
3
4                                          /s/ Denise Nicole Porter
                                           DENISE NICOLE PORTER
5                                          (Original retained by attorney)
6
7      I concur in Ms. Porter's's decision to waive her presence at
8  future proceedings.
9
10 Dated:  November 2, 2006           Respectfully submitted,
11                                    DANIEL J. BRODERICK
                                      Federal Defender
12
13
                                         /s/ Mary M. French
14                                    MARY M. FRENCH
                                      Supervising Assistant
15                                    Federal Defender
                                      Attorney for Defendant
16                                    DENISE NICOLE PORTER
17
18
19 IT IS SO ORDERED.
20 Dated:  November 6, 2006
21
22
23
24  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE
25
26
27
28

Waiver of Appearance                 2