DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-026 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| DENISE NICOLE PORTER, ) | Date:  January 22, 2007 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of December 18, 2006, be vacated and a new Status Conference hearing date of January 22, 2007, at 10:00 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.
///
///
///

1    It is further stipulated between the parties that the period from
2 December 18, 2006 through and including January 22, 2007, should be
3 excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
4 based upon continuity of counsel and defense preparation.
5 Dated: December 15, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        DENISE NICOLE PORTER

Dated: December 15, 2006         MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Mary M. French for
                                             William S. Wong
                                        _____
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                                        **ORDER**

    IT IS SO ORDERED.

Dated: December 18, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                               2