```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DENISE NICOLE PORTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0026 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| DENISE NICOLE PORTER, ) | Date:  February 26, 2007 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of January 22, 2007, be vacated and a new Status Conference hearing date of February 26, 2007, at 10:00 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

It is further stipulated between the parties that the period from January 22, 2007, through and including February 26, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

1  based upon continuity of counsel and defense preparation.

2  Dated: January 19, 2007

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

5                                          /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Supervising Assistant
                                           Federal Defender
8                                          Attorney for Defendant
                                           DENISE NICOLE PORTER
9

10 Dated: January 19, 2007                 MCGREGOR W. SCOTT
11                                         United States Attorney

12
                                           /s/  Mary M. French for
13                                              William S. Wong
                                           _____
14                                          WILLIAM S. WONG
                                           Assistant U.S. Attorney
15                                         per telephonic authorization

16
                                     **ORDER**
17
        **IT IS SO ORDERED.**
18
   Dated: January 19, 2007
19

20

21                                  _____
22                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

Stip & Order                        2