```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0026 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| DENISE NICOLE PORTER, | ) | Date: September 10, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of July 13, 2007, be vacated and a new Status Conference hearing date of September 10, 2007, at 10:00 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

It is further stipulated between the parties that the period from July 13, 2007, through and including September 10, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

based upon continuity of counsel and defense preparation.

Dated: July 17, 2007

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK  
                                            Federal Defender

                                            /s/ Mary M. French  
                                            _____  
                                            MARY M. FRENCH  
                                            Supervising Assistant  
                                            Federal Defender  
                                            Attorney for Defendant  
                                            DENISE NICOLE PORTER

Dated: July 17, 2007                    MCGREGOR W. SCOTT  
                                            United States Attorney

                                            /s/  Mary M. French for  
                                                  William S. Wong  
                                            _____  
                                            WILLIAM S. WONG  
                                            Assistant U.S. Attorney  
                                            per telephonic authorization

                                                   **ORDER**

**IT IS SO ORDERED.**

Dated: July 18, 2007

                                            _____  
                                            FRANK C. DAMRELL, JR.  
                                            UNITED STATES DISTRICT JUDGE