```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DENISE NICOLE PORTER
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,      )  No. 2:06-cr-0026 FCD
12                                 )
                  Plaintiff,       )
13                                 )  STIPULATION AND ORDER
         v.                        )  CONTINUING STATUS CONFERENCE
14                                 )
    DENISE NICOLE PORTER,          )  Date:  October 29, 2007
15                                 )  Time:  10:00 a.m.
                  Defendant.       )  Judge: Hon. Frank C. Damrell, Jr.
16                                 )
    _____)
17
```

18      It is hereby stipulated between the parties, William S. Wong,

19 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20 French, Supervising Assistant Federal Defender, attorney for defendant,

21 that the Status Conference hearing date of September 10, 2007, be

22 vacated and a new Status Conference hearing date of October 29, 2007,

23 at 10:00 a.m. be set.

24      This continuance is requested because of ongoing investigation as

25 well as negotiations between the parties toward resolution of the case.

26      It is further stipulated between the parties that the period from

27 September 10, 2007, through and including October 29, 2007, should be

28 excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

1  based upon continuity of counsel and defense preparation.

2  Dated: September 6, 2007

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

5                                          /s/ Mary M. French

6                                          _____
                                           MARY M. FRENCH
7                                          Supervising Assistant
                                           Federal Defender
8                                          Attorney for Defendant
                                           DENISE NICOLE PORTER
9

10
    Dated: September 6, 2007              MCGREGOR W. SCOTT
11                                         United States Attorney

12
                                           /s/  Mary M. French for
13                                              William S. Wong
                                           _____
14                                         WILLIAM S. WONG
                                           Assistant U.S. Attorney
15                                         per telephonic authorization

16
                                 **ORDER**
17
         **IT IS SO ORDERED.**
18
    Dated: September 6, 2007
19

20

21                         _____
22                         FRANK C. DAMRELL, JR.
                           UNITED STATES DISTRICT JUDGE
23

Stip & Order                              2