```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DENISE NICOLE PORTER
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,       ) No. 2:06-cr-0026 FCD
12                                  )
                   Plaintiff,       )
13                                  ) STIPULATION AND ORDER
         v.                         ) CONTINUING STATUS CONFERENCE
14                                  )
    DENISE NICOLE PORTER,           ) Date:  January 8, 2008
15                                  ) Time:  10:00 a.m.
                   Defendant.       ) Judge: Hon. Frank C. Damrell, Jr.
16                                  )
    _____ )
17
```

18     It is hereby stipulated between the parties, William S. Wong,

19 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20 French, Supervising Assistant Federal Defender, attorney for defendant,

21 that the Status Conference hearing date of November 19, 2007, be

22 vacated and a new Status Conference hearing date of January 8, 2008, at

23 10:00 a.m. be set.

24     This continuance is requested because of ongoing investigation as

25 well as negotiations between the parties toward resolution of the case.

26     It is further stipulated between the parties that the period from

27 November 19, 2007, through and including January 8, 2008, should be

28 excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

1  based upon continuity of counsel and defense preparation.
2  Dated: November 16, 2007
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
   Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Supervising Assistant
                                           Federal Defender
8                                          Attorney for Defendant
                                           DENISE NICOLE PORTER
9

10
   Dated: November 16, 2007                MCGREGOR W. SCOTT
11                                         United States Attorney

12
                                           /s/  Mary M. French for
13                                              William S. Wong
                                           _____
14                                         WILLIAM S. WONG
                                           Assistant U.S. Attorney
15                                         per telephonic authorization

16

17
      **IT IS SO ORDERED.**
18
   Dated: November 16, 2007
19

20

21

22                                         _____
                                           FRANK C. DAMRELL, JR.
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stip & Order                               2