DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>            Plaintiff,   )<br>   )<br>     v.   )<br>   )<br>DENISE NICOLE PORTER,   )<br>   )<br>            Defendant.   )<br>   )<br>_____ ) | No. 2:06-cr-0026 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  March 31, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of March 10, 2008, be vacated and a new Status Conference hearing date of March 31, 2008, at 10:00 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

It is further stipulated between the parties that the period from March 10, 2008, through and including March 31, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

1  based upon continuity of counsel and defense preparation.
2  Dated: March 7, 2008
3                                            Respectfully submitted,
4                                            DANIEL J. BRODERICK
                                             Federal Defender
5
                                             /s/ Mary M. French
6                                            _____
                                             MARY M. FRENCH
7                                            Supervising Assistant
                                             Federal Defender
8                                            Attorney for Defendant
                                             DENISE NICOLE PORTER
9

10
   Dated: March 7, 2008                      MCGREGOR W. SCOTT
11                                           United States Attorney

12
                                             /s/  Mary M. French for
13                                                William S. Wong
                                             _____
14                                           WILLIAM S. WONG
                                             Assistant U.S. Attorney
15                                           per telephonic authorization

16       **IT IS SO ORDERED.**

17  Dated: March 7, 2008

18

19
                                   _____
20                                 FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Stip & Order                                 2