```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DENISE NICOLE PORTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0026 FCD |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ) DENISE NICOLE PORTER, ) ) Defendant. ) ) _____ ) | Date:  August 25, 2008 Time:  10:00 a.m. Judge: Hon. Frank C. Damrell, Jr. |

   It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of July 14, 2008, be vacated and a new Status Conference hearing date of August 25, 2008, at 10:00 a.m. be set.

   This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

   It is further stipulated between the parties that the period from July 14, 2008, through and including August 25, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

based upon continuity of counsel and defense preparation.

Dated: July 10, 2008

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    DENISE NICOLE PORTER


Dated: July 10, 2008               MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                         William S. Wong
                                    _____
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney
                                    per telephonic authorization
```

**ORDER**

**IT IS SO ORDERED.**

Dated: July 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE