```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DENISE NICOLE PORTER
 7

 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,    )  No. CR-S-06-026 FCD
12                               )
                Plaintiff,       )
13                               )  STIPULATION AND ORDER
         v.                      )  CONTINUING CHANGE OF PLEA HEARING
14                               )
    DENISE NICOLE PORTER,        )  Date:  February 23, 2009
15                               )  Time:  10:00 a.m.
                Defendant.       )  Judge: Hon. Frank C. Damrell, Jr.
16                               )
    _____)
17
```

18      It is hereby stipulated between the parties, William S. Wong,
19 Assistant United States Attorney, attorney for Plaintiff, and Mary M.
20 French, Supervising Assistant Federal Defender, attorney for defendant,
21 that the Change of Plea hearing date of January 6, 2009, be vacated and
22 a new Change of Plea hearing date of February 23, 2009, at 10:00 a.m.
23 be set.
24      This continuance is requested because of ongoing investigation as
25 well as negotiations between the parties toward resolution of the case.
26      It is further stipulated between the parties that the period from
27 January 6, 2009, through and including February 23, 2009, should be
28 ///

1  excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
2  based upon continuity of counsel and defense preparation.
3  Dated: January 5, 2009

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Mary M. French
                                            _____
                                            MARY M. FRENCH
                                            Supervising Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            DENISE NICOLE PORTER


Dated: January 5, 2009                      MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/  Mary M. French for
                                                 William S. Wong
                                            _____
                                            WILLIAM S. WONG
                                            Assistant U.S. Attorney
                                            per telephonic authorization


                                **ORDER**

**IT IS SO ORDERED.**

Dated: January 5, 2009

                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE