1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DENISE NICOLE PORTER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. CR. S-06-026 FCD
                                 )
12          Plaintiff,           ) STIPULATION AND ORDER
                                 ) CONTINUING STATUS CONFERENCE/
13     v.                        ) CHANGE OF PLEA HEARING
                                 )
14 DENISE NICOLE PORTER,         )
                                 ) Date:  September 28, 2009
15          Defendant.           ) Time:  10:00 a.m.
                                 ) Judge: Hon. Frank C. Damrell, Jr.
16 _____ )

17      It is hereby stipulated between the parties, William S. Wong,
18 Assistant United States Attorney, attorney for Plaintiff, and Linda C.
19 Harter, Chief Assistant Federal Defender, attorney for defendant, that
20 the Status Conference/Change of Plea hearing date of September 8, 2009
21 be vacated, and a new Status Conference/Change of Plea hearing date of
22 September 28, 2009 at 10:00 a.m. be set.

23      The parties have been in continuous discussions regarding
24 settlement options.  Counsel for the government has been out of the
25 office on leave, but a tentative plea agreement is anticipated shortly.
26 Therefore, a continuance is requested to allow ongoing investigation
27 and to continue negotiations between the parties toward resolution of
28 the case.

It is further stipulated between the parties that the period from September 8, 2009, through and including September 28, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 3, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Linda C. Harter*
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        DENISE NICOLE PORTER

Dated: September 3, 2009            LARRY BROWN
                                        United States Attorney

                                        */s/  Linda C. Harter for*
                                             *William S. Wong*
                                        _____
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                                              **ORDER**

**IT IS SO ORDERED.**

Dated: September 4, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE