```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-06-026 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/ |
| v. | CHANGE OF PLEA HEARING; EXCLUSION OF TIME |
| DENISE NICOLE PORTER, | |
| Defendant. | Date:  March 1, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, that the Status Conference/Change of Plea hearing date of January 25, 2010 be vacated, and a new Status Conference/Change of Plea hearing date of March 1, 2010 at 10:00 a.m. be set.

This case has just been assigned to a probation officer, and additional time is needed by the probation officer to complete paper work necessary to the parties' negotiations regarding settlement options.

It is further stipulated between the parties that the period from January 25, 2010 through and including March 1, 2010, should be

excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 22, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Linda C. Harter*
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DENISE NICOLE PORTER

Dated: January 22, 2010

BENJAMIN B. WAGNER
United States Attorney

*/s/  Linda C. Harter for*
_____
WILLIAM S. WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE