```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )   | No. CR-S-06-026 FCD |
| Plaintiff,  ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE / CHANGE OF PLEA HEARING; EXCLUSION OF TIME |
| v.  ) | |
| DENISE NICOLE PORTER,  ) | Date:  April 26, 2010 |
| Defendant.  ) | Time:  10:00 a.m. |
| _____  ) | Judge: Hon. Frank C. Damrell, Jr. |

    It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, that the Status Conference/Change of Plea hearing date of March 1, 2010 be vacated, and a new Status Conference/Change of Plea hearing date of April 26, 2010 at 10:00 a.m. be set.

    This case has recently been assigned to a probation officer, and additional time is needed by the probation officer to order juvenile records pertinent to the parties' negotiations regarding settlement options.

    It is further stipulated between the parties that the period from March 1, 2010 through and including April 26, 2010, should be

1  excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4
2  based upon continuity of counsel and defense preparation.
3  Dated: February 24, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        DENISE NICOLE PORTER

11 Dated: February 24, 2010             BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/  Linda C. Harter for
                                        _____
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


                                  **ORDER**

**IT IS SO ORDERED.**

Dated:  February 24, 2010

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT COURT

Stip & Order                            2