DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENISE NICOLE PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-06-026 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE/ |
| v. ) | CHANGE OF PLEA HEARING; EXCLUSION |
| ) | OF TIME |
| DENISE NICOLE PORTER, ) | |
| ) | Date:  May 10, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, that the Status Conference/Change of Plea hearing date of April 26, 2010 be vacated, and a new Status Conference/Change of Plea hearing date of May 10, 2010 at 10:00 a.m. be set.

The parties have recently received the pre-plea report and are in the process of writing up the plea agreement. Defense counsel will need time to explain the agreement to Ms. Porter.

It is further stipulated between the parties that the period from April 26, 2010 through and including May 10, 2010, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4

1  based upon continuity of counsel and defense preparation.

2  Dated: April 23, 2010

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

5                                          /s/ Linda C. Harter
6                                          _____
                                           LINDA C. HARTER
7                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
8                                          DENISE NICOLE PORTER

9

10 Dated: April 23, 2010                   BENJAMIN B. WAGNER
                                           United States Attorney
11

12                                         /s/  Linda C. Harter for
                                           _____
13                                         WILLIAM S. WONG
                                           Assistant U.S. Attorney
14

15                                    **ORDER**

16 **IT IS SO ORDERED.**

17 Dated: April 23, 2010

18

19                                         _____
                                           FRANK C. DAMRELL, JR.
20                                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stip & Order                               2