UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
December 28, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DENISE NICOLE PORTER,<br><br>    Defendant. | CASE NUMBER: 2:06-cr-00026-JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Denise Nicole Porter</u>; Case <u>2:06-cr-00026-JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  \_\_ Release on Personal Recognizance

  \_\_ Bail Posted in the Sum of _____

  \_\_ Unsecured Appearance Bond in the amount of $

  \_\_ Appearance Bond with 10% Deposit

  \_\_ Appearance Bond secured by Real Property

  \_\_ Corporate Surety Bail Bond

  _X_ (Other) <u>Pretrial Supervision/Conditions.</u> Release to the custody of counsel, Linda Harter, for immediate transport to in-patient treatment facility, as directed by U.S. Probation Officer.

Issued at <u>Sacramento, CA</u> on 12/28/2012 at 2:25 pm.

By _____
Carolyn K. Delaney
United States Magistrate Judge